**APPROVED  2/27/26**
**/S/ MATTHEW J. MADDOX**
**U.S. DISTRICT JUDGE**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Tomas Gustavo GUZMAN VERDUGO | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ No.: 1 :26-cv-00581-MJM |
| | ) | |
| BONDI, *et. al.* | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Petitioner, by counsel, and with the consent of Respondents, respectfully notifies this Court of his desire to voluntarily dismiss this Petition without prejudice.

1. Petitioner filed the above-captioned Petition for Writ of Habeas Corpus on February 12, 2026, challenging his immigration detention.

2. Petitioner no longer wishes to pursue this action at this time and therefore seeks to voluntarily dismiss the petition without prejudice.

3. Although Respondents have not yet filed their response in this matter, undersigned counsel has obtained their consent to the requested dismissal without prejudice.

WHEREFORE, Petitioner respectfully requests that the Court enter an order approving this notice.

Respectfully submitted,

Dated: February 27, 2026

/s/ Benjamin G. Messer
Benjamin G. Messer
Bar ID: 20548
Wilkes Legal, LLC
7200 Carroll Avenue
Takoma Park, MD 20912
T: 301-576-0491
F: 855-511-9095
benjamin@wilkeslegal.com
*Counsel for Petitioner*